BURKE v. BURKE.

DIVORCE—ALIMONY.

>   Evidence examined and *held* that the amount of alimony awarded by the circuit court on granting a divorce was proper.

Cross-appeals from Kalamazoo; Adams, J. Submitted June 15, 1904. (Docket No. 21.) Decided July 16, 1904.

Bill by Eola L. Burke against John H. Burke for a divorce. From the decree rendered, both parties appeal. Affirmed.

*N. H. Stewart*, for complainant.

*L. N. Burke* (*Dallas Boudeman*, of counsel), for defendant.

CARPENTER, J.   From a decree granting complainant a divorce and alimony, both parties appeal.   The single question raised by the appeal—and that is purely a question of fact—is whether the amount of alimony awarded was proper.   It is sufficient to say that an examination of the testimony convinces us that neither party has a just right to complain of that award.

The decree of the circuit court will therefore be affirmed. Complainant will recover her taxable costs, less the amount already awarded for her disbursements.

MOORE, C. J., MONTGOMERY and HOOKER, JJ., concurred.   GRANT, J., did not sit.